UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MELVIN WILMER DIAZ-CALDERON,**<br>Petitioner,<br><br>vs.<br><br>**WILLIAM P. BARR, ET AL.,**<br>Respondents. | 2:20-CV-11235-TGB-APP<br><br>**JUDGMENT** |

## JUDGMENT

In accordance with the Opinion and Order issued on this date;

It is **ORDERED AND ADJUDGED** that this case is **DISMISSED.**

Dated at Detroit, Michigan:  February 16, 2022

        KINIKIA ESSEX
        CLERK OF THE COURT

        s/A. Chubb
        Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE